USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMINOFF & CO. LLC d/b/a/ WATCH MY DIAMONDS,

        Plaintiff,

-against-

PARCEL PRO, INC. and FEDEX CORPORATION,

        Defendants.

**ORDER SCHEDULING ORAL ARGUMENT**

21-CV-10377 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for general pretrial supervision purposes (ECF. No.19) and specific Non-Dispositive Motion/Dispute. Motion to compel arbitration, (ECF No. 16).  An Oral Argument in this matter is hereby scheduled for  **Thursday, March 31, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    **The Defendants are directed to serve this Order, and a copy of the the Notice of Removal on the Plaintiff.**

SO ORDERED.

Dated: January 25, 2022
       New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge