

Deana S. Stein
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Direct Dial: 216.363.6170
Fax: 216.363.4588
dstein@beneschlaw.com

March 15, 2022

**VIA ECF**
Honorable Katharine H. Parker
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
Courtroom 17D

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2022

Re: *Aminoff & Co. LLC d/b/a Watch My Diamonds v. FedEx Corporation et al.*
Case No. 1:21-cv-10377-AT

Dear Magistrate Judge Parker:

This law firm represents Defendant Parcel Pro, Inc. ("Parcel Pro") in the above-captioned matter and writes to respectfully request an adjournment of the **March 21, 2022** deadline to submit a joint Case Management Plan and Scheduling Order and to provide consent to proceed before Your Honor, per this Court's Orders, dated January 20, 2022 (Dkts. 14-15). Per Judge Torres' Order on January 25, 2022 (Dkt. 19), all general pretrial issues, including scheduling, are referred to Your Honor.

As Your Honor is aware, Parcel Pro has a pending motion to compel arbitration and stay the litigation as against Parcel Pro (the "Motion"), which is scheduled for oral arguments before Your Honor on March 31, 2022 at 10:00AM. As Parcel Pro seeks either dismissal or a stay of the lawsuit as against it, it does not make sense to proceed with a case management plan until and unless this Court determines that Parcel Pro must litigate this lawsuit (rather than arbitrate). Thus, we respectfully request that the deadlines in the Orders dated January 20, 2022 (Dkts. 14-15) be adjourned until **fourteen (14) days after the final determination of the Motion.**

No previous request for an adjournment has been sought, and all parties consent to this adjournment. There are no other scheduled deadlines or appearances (other than the ones described above), and, as such this extension of time will not serve to delay this case.

We thank the Court for its time and attention to this matter.

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

3/16/2022

Respectfully submitted,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Deana S. Stein*
Deana S. Stein (DS 5047)

cc: All counsel (via ECF)