UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMINOFF & CO. LLC d/b/a/ WATCH MY DIAMONDS,

        Plaintiff,

-against-

PARCEL PRO, INC. and FEDEX CORPORATION,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022

**ORDER**

21-CV-10377 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A case management conference is hereby scheduled for **May 19, 2022** at 11:30 a.m. Counsel for Plaintiff and Defendant FedEx Corporation shall attend. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

**SO ORDERED.**

Dated: April 12, 2022
       New York, New York

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge