UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

AMINOFF & CO. LLC d/b/a/ WATCH MY DIAMONDS,

        Plaintiff,

-against-

PARCEL PRO, INC. and FEDEX CORPORATION,

        Defendants.

**ORDER**

21-CV-10377 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the case management conference held on June 6, 2022, the Court orders the following:

- By June 21, 2022, the parties shall file the contemplated stipulation correcting the case caption as to FedEx Corporation.

- By August 15, 2022, the parties shall file a joint status letter as to the ongoing discovery in this action.

**SO ORDERED.**

Dated: June 7, 2022
       New York, New York

*/s/ Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge